# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Superior Acquisitions, Inc.

No.: 10-13730

_____ Debtor(s). _____/

Premier West Bank,

               Plaintiff(s),

    vs.

Larry Moss, K. Mardean Moss, Barry Johnson,
Superior Acquisitions, and Linda Green,

_____ Defendant(s). _____/

**FILED**
May 21, 2012
U.S. Bankruptcy Court
Santa Rosa, Division

A.P. No.   11-1144

## ORDER DISMISSING ADVERSARY PROCEEDING

The parties hereto having advised the court that this matter has been settled or is moot, or that it should be dismissed for some other reason, it is

ORDERED that this adversary proceeding is dismissed with prejudice. Provided, however, that if any party files and serves on all parties a Notice of Scheduling Conference within 90 days of the date of this order, then this order shall stand vacated and the matter shall be restored to the calendar for trial. The date, time and location for such scheduling conference should be obtained from the calendar clerk.

Any judgment or order entered pursuant to stipulation within said ninety day period shall have the effect of vacating this order.

Dated: May 21, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge

# CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: May 21, 2012

_Linda Jerge_____
Linda Jerge, Deputy Court Clerk

Larry B. Moss
1901 Park Marina Dr.
Redding, CA 96001

Barry Johnson
2453 Birchwood
Redding, CA 96002

Premier West Bank
c/o Scott H. Olson
Seyfarth Shaw LLP
560 Mission St., Ste. 3100
San Francisco, CA 94105

David L. Edwards, Esq.
2040 Shasta St. #D
Redding, CA 96009-3506